Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 15–11093

IN THE MATTER OF:
Ronald Edward Parker    xxx–xx–8128
Lillian Costella Parker    xxx–xx–8712
2521 Reynolds Drive
Graham, NC 27253

   Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Motion to Substitute Collateral Requesting motor vehicle yet to be determined replace 2012 Hyundai Genesis. Filed by Debtor Ronald Edward Parker, Joint Debtor Lillian Costella Parker.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 3/28/18 with the movant and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 4/5/18 at 02:00 PM in the following location:

*Courtroom 1*
*Second Floor*
*101 South Edgeworth Street*
*Greensboro NC 27401*

Dated: 3/12/18                                                                 OFFICE OF THE CLERK/gpl